

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

FILED JUL 14 2010 UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA

In re:  ) Case No. 10-37861-C-7
) 
JAEHEON MYOUNG and SUNHEE MYOUNG, ) DC No. PA-2
)
)
Debtor(s).  )
_____ )

**ORDER ON MOTION TO COMPEL THE CHAPTER 7
TRUSTEE TO ABANDON PROPERTY**

IT IS ORDERED that the motion to abandon the estate's interest in the operation of the dry cleaning sole proprietorship business of the debtors is granted on an interlocutory basis. There shall be a final hearing on notice to all creditors on August 3, 2010, at 9:30 a.m.

IT IS FURTHER ORDERED that the trustee shall be maintained as an additional named insured on the debtors' insurance policies relating to the business.

Dated: July 14, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF SERVICE

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Estela O. Pino
800 Howe Ave #420
Sacramento, CA 95825

Susan K. Smith
7485 Rush River Dr #710-PMB 218
Sacramento, CA 95831

Dated: 7/14/10

*Jennifer Rivers*
DEPUTY CLERK